impact of the Supreme Court's *Festo* decision on the issues before the panel, specifically regarding the doctrine of equivalents, and prosecution history estoppel. The briefs are due on August 5, 2002.

(1) The appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit.

(2) Each side shall bear its own costs.

**Abdel ELTAYIB, Plaintiff–Appellant,**

v.

**UNITED STATES COAST GUARD, Defendant–Appellee.**

No. 02–1261.

United States Court of Appeals, Federal Circuit.

July 16, 2002.

*ORDER*

On May 20, 2002, the court issued an order indicating that "absent objection received within 21 days of the date of filing of this order, this appeal will be transferred ...". We have received no objection to the transfer.

Upon consideration thereof,

IT IS ORDERED THAT:

**Darrell D. BOWEN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3211.

United States Court of Appeals, Federal Circuit.

July 16, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

## Austin L. CURTIS, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 02–3200.

United States Court of Appeals, Federal Circuit.

July 16, 2002.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Thomas C. PRIDE, Sr., Petitioner,

v.

## UNITED STATES POSTAL SERVICE, Respondent.

### No. 01–3362.

United States Court of Appeals, Federal Circuit.

July 16, 2002.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Eddie L. HORGIN, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 01–7112.

United States Court of Appeals, Federal Circuit.

July 17, 2002.

### ORDER

The parties having so agreed, it is